UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY BRIAN MALLGREN,

                Plaintiff,

    -against-

UNITED STATES,

                Defendant.

25-cv-4268 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the May 23, 2025, order, this action is dismissed without prejudice for failure to comply with the injunction set forth in *Mallgren v. United States*, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016), requiring Plaintiff to obtain leave of court to file a new civil action IFP.

Plaintiff remains subject to the abovementioned filing injunction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 27, 2025
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge